# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

JUAN RODRIGUEZ-GARCIA(1),

                    Defendant.

CASE NO. 11CR5016-LAB


**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

_X_  an indictment has been filed in case 11CR5519-LAB against the
     defendant and the Court has granted the motion of the Government for
     dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal,
     without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of
     acquittal; or

___  a jury has been waived, and the Court has found the defendant not
     guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

     8:1326(a) and (b)
     _____

     _____

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED: 12/7/2011                    _Barbara L. Major_____

                                    Barbara L. Major
                                    U.S. Magistrate Judge